UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 MAR 11 AM 10: 15

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. 08 MJ 0767 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Rafael GALLARDO-Balderas,** | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **March 9, 2008** within the Southern District of California, defendant, **Rafael GALLARDO-Balderas,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **11th** DAY OF **March 2008**

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Rafael GALLARDO-Balderas

## PROBABLE CAUSE STATEMENT

On March 09, 2008, at approximately 1:10 A.M., I, Border Patrol Agent A. Gonzalez was performing line watch duties in the Imperial Beach Area of Operations. At approximately 3:10 p.m., Agent Gonzales saw eight individuals running down an area known as "The Water tank." This area is approximately four miles west of the San Ysidro Port of Entry and approximately two hundred and fifty yards north of the International Border Fence that separates Mexico from the United States.

When Agent Gonzalez arrived in the area, he found the eight individuals trying to conceal themselves. Agent Gonzalez then identified himself as a United States Border Patrol Agent and began to conduct an immigration inspection. All eight, including one later identified as the defendant **Rafael GALLARDO-Balderas,** admitted being citizens and nationals of Mexico in the United States illegally without any documents that would allow them to enter or remain in the United States. At approximately 3:15 p.m., Agent Gonzalez placed the eight individuals under arrest and transported them to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **September 9, 2004** through **Otay Mesa, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.